## WILLIAMS v. BRADFIELD.

FISH, C. J. As the answer to the writ of certiorari sued out in the present case did not verify the statement in the petition for certiorari, that a verdict had been rendered against the petitioner in the court wherein the case originated, nor disclose what, if any, disposition was made of the case in that court, and as no steps were taken to have the answer perfected, the judge of the superior court, who overruled the petition for certiorari, committed no error of which the petitioner could legally complain. *Garrett* v. *McIntosh*, 116 *Ga.* 911; *Stephens* v. *Macon*, 120 *Ga.* 482.

*Judgment affirmed. All the Justices concur.*

Submitted January 25,—Decided February 19, 1906.

Certiorari. Before Judge Freeman. Troup superior court. June 8, 1905.

*E. T. Moon,* for plaintiff in error.